# United States District Court
## Violation Notice

| CVB Location Code |
|---|
| GM2 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FAOV006N | NICHOLS | 2124 |

FAOV006N

### YOU ARE CHARGED WITH THE FOLLOWING

| Date and Time of Offense | Offense |
|---|---|
| 08/13/2014   14:57 | FED   36CFR   2617A |

**Place of Offense**
HILLSBORO DOVE FIELD

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
ALLOWING UNAUTHORIZED LIVESTOCK TO BE ON NATIONAL FOREST SYSTEM LAND

### DEFENDANT
Phone ( 478 ) 9864823

| Last Name | First Name | M. |
|---|---|---|
| HADAWAY | PHILLIP | W |

**Street Address**   464 HILLSBORO LAKE RD

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| HILLSBORO | GA | 31038 | 04/20/1954 |

| Drivers License | CDL ☐  D.L. | Social Security |
|---|---|---|
| 054752265 | GA | 259922935 |

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F   Race WHITE   Hair GR   Eyes HA   Height 6'0'   Weight 195

### VEHICLE   VIN   CMV ☐

| Tag No. | State | Year | Make/Model   PASS ☐ | Color |
|---|---|---|---|---|

A ☒  IF BOX A IS CHECKED, YOU MUST APPEAR IN
SEE INSTRUCTIONS (opposite).

B ☐  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

|   | Forfeiture |
|---|---|
| $25.00 | Processing |
| PAY THIS | Total Collateral |

### YOUR COURT
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court | Date (mm/dd/yyyy) |
|---|---|
| US Court House 475 Mulberry St Ste 216 | |
| Macon, GA 31201 | Time (hh: |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

FAOV006N

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that ___August 13, 2014___ while exercising my duties as a law officer in the ___Middle___ District of ___GA___

Pursuant to 16USC 551: At approximately 1457 hours, while patrolling the Chattahoochee-Oconee National Forest Oconee Ranger District, LEO Zachary NICHOLS responded to a report from Georgia DNR wildlife technician Cliff RUSHTON, that several horses were grazing on the Cedar Creek WMA dove fields in Jones County. Horses getting lose from landowner Phillip HADAWAY'S property in the area and grazing on the dove fields is an ongoing issue in the area and HADAWAY has been issued citations and paid restitution in the past according to past state and federal officers who have dealt with him. NICHOLS had dealt with an issue in 2013 of cows grazing on the dove fields that belonged to a cousin of HADAWAY'S that had been grazing on HADAWAY'S property. Georgia DNR Ranger Matthew JOHNSON issued HADAWAY a written warning on July 24, 2014, for permitting livestock to run at large or stray for the same violation when his horses were found on the dove fields. When NICHOLS arrived in the area with Georgia DNR Ranger Jeremy REESE on August 13, he observed three horses grazing in the dove field near the intersection of Hillsboro Lake Road and Hadaway Road. As NICHOLS arrived, Phillip HADAWAY drove up with another subject. NICHOLS made contact with HADAWAY and he admitted that the horses were his. HADAWAY stated that they had escaped out of their pen that morning. NICHOLS asked HADAWAY how much it had cost him the last time he appeared in Federal Court, and HADAWAY said he believed that it cost him about $1600. NICHOLS issued HADAWAY a citation for allowing unauthorized livestock to be on National Forest System land, in violation of 36 CFR 261.7a.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed ___August 13, 2014___     *Zachary Nichols*

Date (mm/dd/yyyy)     Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____

Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazerdous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident