|  | UNITED STATES DISTRICT COURT<br>OFFICE OF THE CLERK |  |
|---|---|---|
| WILLIAM T. TANNER<br>CLERK | MIDDLE DISTRICT OF GEORGIA<br>475 MULBERRY STREET<br>P. O. BOX 128 | OFFICES<br>ALBANY 31701<br>ATHENS 30601 |
| PHONE: 478/752-3497<br>FAX: 478/752-3496 | MACON, GEORGIA 31202-0128 | COLUMBUS 31902<br>MACON 31202<br>VALDOSTA 31601 |

December 16, 2015


Phillip Hadaway
464 Hillsboro Lake Rd
Hillsboro GA 31038

                RE: Bench Trial
                CVB Violation Ticket #FAOV006N, Allowing Unauthorized
                Livestock on National Forest Land

Dear Mr. Hadaway:

    Your bench trial has been scheduled for Tuesday, JANUARY 13, 2015 at 2:30 P.M.

    Cell phones are NOT allowed inside the courthouse.   The Court expects you to dress appropriately; no shorts, sandals, flip-flops, tank tops, t-shirts, soiled or torn clothing.

    **If you are found guilty, your fine is due immediately**.   The Court accepts check, or money order. (No cash).   We also have a computer set up to directly pay your fine with CVB, by debit or credit card.

    If you have any questions, please feel free to contact me at 478-752-0730.

Sincerely yours,


s/Charlene Lunsford
Courtroom Deputy & Calendar Clerk
for Magistrate Judge Charles H. Weigle